# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

142917

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BARBARA CONVERSE, Guardian and
Conservator of CATHERINE CURTIS,
a legally incapacitated person,
          Plaintiff-Appellant,

v

AUTO CLUB GROUP INSURANCE,
COMPANY
          Defendant-Appellee.

_____/

SC: 142917
COA: 293303
Calhoun CC: 2005-004426-NO

On order of the Court, the application for leave to appeal the March 3, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Joseph v ACIA* (Docket No. 142615) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

h0829